UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POOLRE INSURANCE CORP., *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-1857 |
| | § | |
| ORGANIZATIONAL STRATEGIES, INC., *et al.*, | § | |
|    *Defendants*. | § | |

### FINAL JUDGMENT

Consistent with the court's memorandum opinion and order issued this day, the plaintiffs' amended motion to confirm the arbitration award and compel arbitration is **DENIED**, and the defendants' motion to vacate is **GRANTED**. The July 9, 2013 arbitration award is **VACATED** and may not be enforced in any subsequent proceeding.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on March 31, 2014.

_____
Gray H. Miller
United States District Judge